EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* MONSERRATE PÉREZ Y JUSTINO MALDONADO, acusados y apelantes.

No. 2633.—*Visto:* Enero 27, 1926. *Resuelto:* Marzo 2, 1926.

ALTERACIÓN DE LA PAZ PÚBLICA—PROCESO Y CASTIGO—DENUNCIA—SUFICIENCIA DE LA MISMA—ENTRADA EN DOMICILIO AJENO CONTRA VOLUNTAD DEL MORADOR.— La alegación, en denuncia por infracción al artículo 371 del Código Penal, de que los acusados penetraron en la casa de la denunciante sin la voluntad ni consentimiento de ésta, no cumple con el requisito legal de que fuera contra su voluntad.

SENTENCIA de *Angel Acosta Quintero,* J. (Ponce), condenando a los acusados por delito de infracción al artículo 371 del Código Penal, con costas. *Revocada.*

*Angel Fiol Negrón,* abogado de los apelantes; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Monserrate Pérez y Justino Maldonado alegan como uno de los motivos de su apelación contra sentencia condenatoria que la denuncia no les imputa un delito porque se limita a decir que los acusados "ilegal, voluntaria y maliciosamente penetraron en la casa de la denunciante sin la voluntad ni consentimiento expreso ni de ningún otro modo dado por la denunciante . . . ." cuando lo que castiga la ley es penetrar en el domicilio ajeno contra la expresa voluntad del morador.

Está bien fundado ese motivo del recurso pues el artículo 371 del Código Penal, según fué enmendado en 1906, leyes de ese año, página 67, lo que castiga es el hecho de pe-

netrar en el domicilio de otra persona "contra la voluntad expresada del morador," y la alegación de la denuncia de que los acusados penetraron sin la voluntad ni consentimiento de la denunciante no cumple con el requisito de la ley de que fuera contra su voluntad. Una cosa es penetrar sin consentimiento y otra es contra la voluntad expresada, que presupone una negativa anterior del morador a permitir la entrada.

*Por el motivo expresado la sentencia apelada debe ser revocada y los apelantes deben ser absueltos.*